ALIN D. CINTEAN (SBN 240160)
Certified Criminal Law Specialist
State Bar of California, Board of Legal Specialization

555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@CinteanLaw.com

Attorney for Defendant
PHILLIP BAILEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO.: **2:19-CR-00231-WBS** |
|---|---|
| PLAINTIFF | STIPULATION AND ORDER CONTINUING BAIL HEARING |
| PHILLIP BAILEY | |
| DEFENDANT | |

## I.  STIPULATION

Defendant Phillip Bailey by and through his counsel of record and plaintiff United States of America, by and through its counsel of record, hereby stipulate that the previously-scheduled bail review hearing, currently set for April 7, 2020, be vacated and that the matter be reset for April 9, 2022 at 2:00 p.m.

The continuance is requested so that the Government may have sufficient time to file a response to defendant's motion and so that the Court may have the opportunity to review the filings.

1

STIPULATION TO CONTINUE
BAIL HEARING, ORDER

IT IS SO STIPULATED.

Dated: April 3, 2020

                                                /s/ *Alin D. Cintean*
                                                Alin D. Cintean
                                                Attorney for Phillip Bailey

                                                /s/ *Cameron Desmond*
                                                Cameron Desmond
                                                Assistant United States Attorney

STIPULATION TO CONTINUE
BAIL HEARING, ORDER

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's April 7, 2020 criminal calendar and re-calendared for a bail hearing on April 9, 2020.

IT IS SO ORDERED.

Dated: April 6, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE
BAIL HEARING, ORDER