Alin D. Cintean (#240160)
Attorney at Law
Certified Specialist in Criminal Law
California State Bar, Board of Legal Specialization

555 Capitol Mall, Suite 755
Sacramento, California 95814
Telephone: (916) 441-3500

Attorney for Defendant
Philip Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.  2:19-CR-00231-WBS-8 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| Phillip Bailey, | |
| Defendant, | |

It is respectfully requested that Attorney Alin D. Cintean be relieved as attorney of record in the above captioned case due to his recent appointment as a Sacramento Superior Court Commissioner and that attorney Michael Chastaine, 2377 Gold Meadow Way, Rancho Cordova, CA 95670 ; telephone number (916) 932-7150, be substituted in as appointed counsel for Mr. Bailey. Mr. Bailey continues to qualify for appointed counsel.

Dated:  August 24, 2020

                                                Respectfully submitted,

                                                /s/ *Alin Cintean*
                                                Alin D. Cintean
                                                Attorney

I accept the substitution and ask to be appointed.

DATED:  August 25, 2020

                                           /s/ *Michael Chastaine*
                                            Michael Chastaine
                                            Attorney at Law

I consent to the substitution.

DATED: August 25, 2020

                                           /s/ *Phillip Bailey*
                                            Phillip Bailey
                                            Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:  August 28, 2020

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE